# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN TYRONE FLEMINGS, | ) | NO. CV 11-10176 CBM (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| T. GONZALES, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 1/3, 2012

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE